

08-CV-00918-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LISA N. ROY, | |
| Plaintiff, | CASE NO. C08-918-TSZ-BAT |
| v. | |
| ADIRONDACK MEDICAL CTR., *et al.*, | ORDER DISMISSING § 1983 ACTION |
| Defendants. | |

The Court, having reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the balance of the record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) The complaint and this action are DISMISSED without prejudice.

(3) Plaintiff's application to proceed *in forma pauperis* is DENIED as moot.

(4) The Clerk is directed to send copies of this Order to plaintiff and to Judge Tsuchida.

DATED this 8th day of August, 2008.

THOMAS S. ZILLY
United States District Judge

ORDER DISMISSING § 1983 ACTION